ACCEPTED
03-16-00685-CR
13892919
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/21/2016 8:54:24 AM
JEFFREY D. KYLE
CLERK



# WES MAU
## Criminal District Attorney
Hays County Government Center
712 South Stagecoach Dr., Ste 2057
San Marcos, Texas  78666
(512)393-7600  FAX (512)393-2246
www.co.hays.tx.us

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/21/2016 8:54:24 AM
JEFFREY D. KYLE
Clerk

Court Of Appeals
Third District of Texas
PO Box 12547
Austin, TX 78711

November 21st, 2016

RE: Court of Appeals Number:   03-16-00685-CR
     Trial Court Case Number:    CR-16-0133

STYLE: Douglas Doolittle vs. The State of Texas

Dear Clerk:

This letter is in regard to appellate case number 03-16-00685-CR, styled Douglas Doolittle vs. The State of Texas.  The attorney assigned to this case has changed.  Please let your record reflect the undersigned attorney as the attorney of record in the above referenced case.

Respectfully submitted,

Erika Price
Assistant Criminal District Attorney
Hays County, Texas
Hays County Government center
712 South Stagecoach Trail, Ste. 2057
San Marcos, Texas  78666
erika.price@co.hays.tx.us
(512) 393-7600
(512) 393-2246 fax
SBN: 24075846

ATTORNEY FOR THE STATE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on:

Karen Oprea
501 N IH35
Austin, TX 78702

In accordance with Rule 9.2 & 9.5 of the Texas Rules on Appellate Procedure, on this 21st day of November, 2016.

Erika Price
SBN: 24075846